IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RYAN FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-04062-CV-C-NKL |
| | ) |
| JOHN SHORT, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury.

X Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the settlement agreement reached by the parties on liability, the Court enters judgment on liability against the Defendants. It is further

ORDERED that pursuant to the ruling entered by the Honorable Nanette K. Laughrey on July 10, 2017, the Court awarded $10,000,000 in damages to Plaintiff for his time in prison and an additional $150,000 in damages for Plaintiff's attorney fees for his criminal defense. The Court awarded $854,000 in attorney fees and costs to Ms. Zellner's law firm.

Date: July 11, 2017                    PAIGE WYMORE-WYNN
                                       Clerk of Court

                                       s/ RENEA MATTHES MITRA
                                       By: Renea Matthes Mitra, Courtroom Deputy