IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RYAN FERGUSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 14-04062-CV-C-NKL ) |
| JOHN SHORT, et al., | ) ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

___    Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on February 8, 2019, it is ordered that the Court's judgment of July 11, 2017 (Doc. 306), is amended to provide for interest at the rate of 1.23 percent per annum on the full amount of that judgment, computed daily and compounded annually, effective from the date of judgment, July 11, 2017.

It is further ORDERED that in all other respects the Court's judgment of July 11, 2017, remains fully in effect as originally entered.

Date: February 8, 2019                          PAIGE WYMORE-WYNN
                                                        Clerk of Court

                                                        s/ RENEA MATTHES MITRA
                                                        By: Renea Matthes Mitra, Courtroom Deputy